### Edward E. STROUPE, Jr., Plaintiff–Appellant,

v.

### TANDY CORPORATION; Radio Shack; Transportation Insurance Company; RSKCO, formerly known as CNA Insurance; Ramesh Murthy, Defendants–Appellees.

### No. 02–1788.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 27, 2002.

Edward E. Stroupe, Jr., Appellant Pro Se. Rebecca Everett Kuehn, Leclair Ryan, P.C., Alexandria, Virginia; William W. Eskridge, Penn, Stuart & Eskridge, Abingdon, Virginia, for Appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

PER CURIAM.

Edward E. Stroupe, Jr., appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Stroupe v. Radio Shack,* No. CA–02–81–1 (W.D.Va. July 3, 2002). We deny Stroupe's "Motion for Waiver." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*